```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29258
   HENCE JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5623

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 08/06/2004 and was confirmed 09/16/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  97.18% from remaining funds.

   The case was paid in full 08/25/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CHRYSLER CREDIT CORP      SECURED                 .00          .00           .00
FORD MOTOR CREDIT         SECURED            10275.00       694.06      10275.00
FORD MOTOR CREDIT         UNSECURED           7857.76          .00       7635.78
CAPITAL ONE BANK          UNSECURED           1242.02          .00       1206.93
CAPITAL ONE               NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED OTH      839.57           .00        815.91
FASHION BUG               UNSECURED       NOT FILED           .00           .00
FINGERHUT MASTERCARD      UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00          .00           .00
RESURGENT ACQUISITION LL  UNSECURED           2046.72         .00       1988.90
VILLAGE RADIOLOGY         UNSECURED       NOT FILED           .00           .00
WEST SUBURBAN MEDICAL CE  UNSECURED       NOT FILED           .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                       1,563.42
DEBTOR REFUND             REFUND                                          342.30

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              27,222.30

PRIORITY                                             .00
SECURED                                        10,275.00
    INTEREST                                      694.06
UNSECURED                                      11,647.52
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,563.42
DEBTOR REFUND                                     342.30
                     --------------          --------------
TOTALS               27,222.30                 27,222.30

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29258 HENCE JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 11/20/08                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE